IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ] | Chapter 13 Proceeding |
|    John W. Perrotta | ] | |
|    Rochelle A. Rulli-Perrotta | ] | Case No. 11-42379 |
| | ] | |
|    Debtors. | ] | Honorable Kay Woods |

**NOTICE OF PRIMARY RESIDENCE ADDRESS CHANGE**

     Now comes the Debtors, John W. Perrotta and Rochelle A. Rulli-Perrotta, by and through undersigned counsel, to notify this Court that the Debtors' primary address has changed as follows:

          5149 Messerly Road, Unit 4
          Canfield, OH  44406

     Please update the court records to reflect Debtors' current address and forward any future correspondence to the new address.

          /s/Roger S. Slain, #0062049
          Attorney for Debtors
          75 Public Square, Suite #1206
          Cleveland, OH 44113
          (216) 241-2808
          Fax (216) 479-0181
          rogerslainlaw@gmail.com

## CERTIFICATION OF SERVICE

I certify that on August 6, 2015, a true and correct copy of the Notice of Primary Residence Address Change was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    Roger S. Slain, on behalf of the Debtors, John W. Perrotta and Rochelle A. Rulli-Perrotta, at rogerslainlaw@gmail.com; legalss@legalss.com

    Michael A. Gallo, Chapter 13 Trustee, at mgallo@gallotrustee.com; mgallo@ecf.epiqsystems.com

    United States Trustee, at (Registered address)@usdoj.gov

    /s/Roger S. Slain, #0062049
    Attorney for Debtors
    75 Public Square, Suite #1206
    Cleveland, OH 44113
    Phone (216) 241-2808
    Fax (216) 479-0181
    rogerslainlaw@gmail.com